# Order

Michigan Supreme Court
Lansing, Michigan

October 24, 2011

Robert P. Young, Jr.,
Chief Justice

143436

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 143436
COA: 303634
Muskegon CC: 10-059082 FH

JEFFREY WAYNE MENGEL,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the June 3, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2011

Clerk

y1017